
CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 10 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DUMISANI JERICHO TEMBO, ) | Civil Action No. 7:14-cv-00575 |
|    Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NEW RIVER VALLEY REGIONAL ) | |
| JAIL, ) | By:   Hon. Jackson L. Kiser |
|    Defendants. ) |        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 10th day of November, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge